B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Southern District of Ohio

In re  Barbara A. Slone                        ,            Case No.   3:19-bk-31488

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

U.S. Bank Trust National Association, as
Trustee of BKPL-EG Holding Trust                      New Residential Mortgage LLC
         Name of Transferee                                 Name of Transferor

Name and Address where notices to transferee       Court Claim# (if known):   9
should be sent:                                    Amount of Claim:   $148,669.39
  c/o Rushmore Loan Management Services            Date Claim Filed:   07/16/2019
  P.O. Box 55004
  Irvine, CA 92619-2708

Phone:  888.504.6700                               Phone: _____
Last Four Digits of Acct#:   7012                  Last Four Digits of Acct. #:   5608

Name and Address where transferee payments
should be sent (if different from above):
  c/o Rushmore Loan Management Services
  P.O. Box 52708
  Irvine, CA 92619-2708

Phone:  888.504.6700
Last Four Digits of Acct#:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/ Molly Slutsky Simons                      Date:  07/27/2021
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.