B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Southern District of Ohio

In re  Barbara A. Slone                ,    Case No.  3:19-bk-31488

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

U.S. Bank Trust National Association, as
Trustee of BKPL-EG Holding Trust                        New Residential Mortgage LLC
_____                     _____
        Name of Transferee                                       Name of Transferor

Name and Address where notices to transferee            Court Claim# (if known): ____9____
should be sent:                                         Amount of Claim: __$148,669.39__
  c/o Rushmore Loan Management Services                 Date Claim Filed: __07/16/2019__
  P.O. Box 55004
  Irvine, CA 92619-2708

Phone: 888.504.6700                                     Phone: _____
Last Four Digits of Acct#: ____7012____                 Last Four Digits of Acct. #: __5608__

Name and Address where transferee payments
should be sent (if different from above):
  c/o Rushmore Loan Management Services
  P.O. Box 52708
  Irvine, CA 92619-2708

Phone: 888.504.6700
Last Four Digits of Acct#:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Molly Slutsky Simons                            Date: 07/27/2021
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Case 3:19-bk-31488 Doc 60-1 Filed 07/27/21 Entered 07/27/21 13:09:57 Desc
transfer of claim Page 1 of 1

**This form is intentionally blank.**

**The notice is scheduled to be processed by the Bankruptcy Noticing Center (BNC).**

**Refer to the BNC Certificate of Notice entry to view the actual form.**